IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL CAWTHON,<br><br>Defendant. | **8:25-CR-65**<br><br>**ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

This matter is before the Court on defendant Lionel Cawthon's Motion for Leave to Proceed In Forma Pauperis. Filing 94. On December 3, 2025, the defendant and his retained counsel, Mr. Cody J. Miltenberger, appeared for sentencing, and the Court imposed a sentence of 262 months of incarceration. Filing 78 (Text Minute Entry); Filing 82 (Judgment). Shortly after sentencing, Miltenberger moved to withdraw as counsel for the defendant and sought an extension of the deadline to file a notice of appeal. Filing 84. The Court denied Miltenberger's motion to withdraw as counsel, citing Eighth Circuit Rule 27B(a) which provides that "[r]etained counsel in criminal cases . . . must file a notice of appeal upon their client's request. Defendant's trial counsel, whether retained or appointed, must represent the defendant on appeal, unless the Court of Appeals grants permission to withdraw." Filing 85 at 2. However, the Court did grant defense counsel's request for an extension of time to file the notice of appeal. Filing 85 at 4. Miltenberger then filed a notice of appeal on December 16, 2025. Filing 87.

Now, defense counsel has filed the pending Motion for Leave to Proceed In Forma Pauperis on behalf of the defendant. Filing 94. That motion consists entirely of the short form "Application

to Proceed in District Court Without Prepaying Fees or Costs" found on the Court's website. Filing 94. Federal Rule of Appellate Procedure 24 requires that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a). The rule further requires the party to "attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." *Id*. Form 4, the Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis referenced by Rule 24, is also found on the Court's website. Because the defendant did not use Form 4, his affidavit lacks the detail prescribed by Form 4 and does not state the issues he intends to present on appeal. As a result, the defendant's motion is deficient under the Federal Rules of Appellate Procedure.

The Court is inclined to grant the defendant's request to proceed in forma pauperis, but the Court cannot do so until the defendant corrects the deficiencies. Accordingly,

IT IS ORDERED that the defendant's Motion for Leave to Proceed In Forma Pauperis, Filing 94, is denied without prejudice to reassertion.

Dated this 10th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2