IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL CAWTHON,<br><br>Defendant. | **8:25-CR-65**<br><br><br>**ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** |

This matter is before the Court on defendant Lionel Cawthon's Motion for Leave to Proceed In Forma Pauperis. Filing 104. On December 3, 2025, the Court sentenced the defendant to 262 months of incarceration for conspiracy to distribute and possession with the intent to distribute 100 grams or more of fentanyl analogue. Filing 78 (Text Minute Entry); Filing 82 (Judgment). The defendant now seeks permission to proceed in forma pauperis on appeal. Federal Rule of Appellate Procedure 24(a) requires that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a). The rule further requires the party to "attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." *Id.* The defendant has filed an affidavit in accordance with Form 4, which details his lack of assets and states his intention to challenge the sentence in this case, the Court's denial of his motion for downward variance, and the effectiveness of his counsel. Thus, the defendant is entitled to proceed on appeal in forma pauperis. Accordingly,

1

IT IS ORDERED that the defendant's Motion for Leave to Proceed In Forma Pauperis, Filing 104, is granted.

Dated this 17th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge